# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**LUIS CARLOS TORRES**,

    Plaintiff,

v.  2:24-cv-538-NPM

**DWYER AUTOS, LLC**,

    Defendant.
_____

## ORDER

The parties seek approval of their settlement of the Fair Labor Standards Act ("FLSA") claims in this action. They consented to proceed before a Magistrate Judge for all proceedings. (Doc. 34).

Plaintiff Luis Torres brought this action to recover minimum hourly wages and overtime pay from Defendant Dwyer Autos, LLC. Dwyer denies any wrongdoing and further denies that Torres is entitled to any relief. In agreement with Torres, Dwyer filed a Notice of Settlement informing the court of a settlement of all claims. (Doc. 30). And court approval of their settlement will avoid the risk (albeit de minimis, in a practical sense) that the settlement may be unenforceable.

To approve a settlement, "the cardinal rule is that the District Court must find that the settlement is fair, adequate and reasonable and is not the product of collusion between the parties." *In re Smith*, 926 F.2d 1027, 1029 (11th Cir. 1991) (citations

omitted). Competent and experienced counsel represented both parties throughout the case (Doc. 30 at 2, 4-5), and they agree the settlement represents a reasonable compromise. *Id.* at 3. The parties also acknowledge that the settlement is a reasonable means for both parties to minimize future risks and litigation costs. *Id.* at 5. Finally, the parties agree that Dwyer will pay Torres's attorneys' fees and costs. *Id.* at 2. Accordingly, the court finds no undue influence, overreaching, collusion, or intimidation in reaching this settlement. Moreover, on its face, the settlement appears to be a fair, adequate, and reasonable resolution of a bona fide dispute between the parties.

The parties further request that the court "reserve jurisdiction to enforce the terms of the settlement, should such enforcement be necessary." *Id.* at 3. The settlement agreement contemplates completion of its terms by February 1, 2025. Consequently, the court will retain jurisdiction for a limited period of thirty days from the date of this order.

The "Joint Motion for Approval of Settlement of FLSA Claims and Stipulation for Dismissal With Prejudice" (Doc. 30) is **GRANTED**. The court approves the Settlement Agreement, Waiver, and Release (Doc. 30-1) as a fair, adequate, and reasonable resolution of a bona fide dispute between the parties. This action is dismissed with prejudice. The court retains jurisdiction for thirty days from the date of this order to enforce the settlement terms. The **Clerk of Court** is

**DIRECTED** to terminate all pending motions and scheduled events and close the case.

                                              **ORDERED** on February 3, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge